# Court of Appeals
# of the State of Georgia

ATLANTA, __January 18, 2024__

*The Court of Appeals hereby passes the following order:*

**A24D0198. KENNETH LARUE ET AL. v. METROPOLIS INVESTMENTS, LLC.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellants may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals. Respondent's request for a legislative stay is denied as moot.

LC NUMBER:
22-A-10346-5



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/18/2024__*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*